IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OTIS WILKERSON : | |
| *Petitioner,* | |
| | |
| v. : | |
| | CIVIL ACTION |
| THOMAS MCGINLEY, *Superintendent*; | NO. 18-2203 |
| THE DISTRICT ATTORNEY OF THE : | |
| COUNTY OF PHILADELPHIA; and | |
| THE ATTORNEY GENERAL OF THE | |
| STATE OF PENNSYLVANIA : | |
| *Respondents*. | |

## **ORDER**

AND NOW, this 13th day of April 2020, upon consideration of: Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 29); Respondents' Answer thereto (ECF No. 35); and, the Honorable Carol Sandra Moore Wells' Report and Recommendation (ECF No. 39), it is hereby ORDERED as follows:

(1) The unopposed Report and Recommendation (ECF No. 39) is APPROVED and ADOPTED;

(2) Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 29) is GRANTED as provided for in the Report and Recommendation;

(3) In accordance with the Report and Recommendation, the above-captioned matter is REMANDED to the Philadelphia Court of Common Pleas for further proceedings;

(4) A Certificate of Appealability shall NOT ISSUE; and,

(5) The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:


/s/ C. Darnell Jones, II    J