IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OTIS WILKERSON,<br>　　　　Petitioner<br><br>v.<br><br>THOMAS MCGINLEY, *SUPERINTENDENT*; THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA; AND, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO. 18-2203 |

## O R D E R

**AND NOW**, this 4th day of December 2025, upon consideration and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (ECF No. 79), no timely objection thereto having been filed, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Clerk of Court shall mark this case as **CLOSED**; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**S/ WENDY BEETLESTONE**
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, C.J.**